IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JESSICA BLINKHORN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | |
| | ) | FILE No. 1:20-cv-04627-SDG |
| E.N. PROPERTY, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Plaintiff has filed a Notice of Settlement [ECF 14], informing the Court that Plaintiff and Defendant have reached a settlement, and that they need additional time to document and execute the settlement agreement and to file the necessary dismissal papers. Therefore, the Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case.

This closure is not a dismissal and does not preclude the filing of documents. The case may be re-opened if necessary. The parties are **ORDERED** to file documents to dispose of the case within **60 days** of the date of this order.

Absent an extension of that deadline or further order of the Court, if no request to reopen the case is made within 60 days, the case will be considered **DISMISSED WITH PREJUDICE** at that time.

Signed this the 25th day of February 2021.

Steven D. Grimberg
United States District Court Judge